

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00082-CV

**RYDER INTEGRATED LOGISTICS, INC.** and Ryder Integrated Logistics of Tex., LLC,
Appellants

v.

**FAYETTE COUNTY**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-03779
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that appellee Fayette County recover its costs of this appeal from appellants Ryder Integrated Logistics, Inc. and Ryder Integrated Logistics of Tex., LLC.

SIGNED August 30, 2013.

_____
Catherine Stone, Chief Justice